UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Case No. 22-cv-3248-CRC |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's March 28, 2023 Minute Order. Consistent with the Court's order, the parties provide the following update.

This case concerns Plaintiff's Freedom of Information Act ("FOIA") request to the U.S. Secret Service's Office of Technical Development and Mission Support ("TEC") for all communications and directives concerning the three-month system migration of the Secret Service's mobile phones, which began in January 2021. Within the Secret Service, these types of records are not maintained by TEC. Because TEC is not responsible for managing the Secret Service's mobile phones, Defendant has construed Plaintiff's request as seeking communications and directives from the Secret Service's Office of the Chief Information Officer (CIO) "concerning the three-month system migration, which included a reset begun in January 2021 of the Secret Service's mobile phones, referenced in the July 14, 2022 Statement of Anthony Guglielmi, Chief of Communications for the United States Secret Service on Accusations From DHS Inspector General ("Guglielmi Statement.")". Additionally, Plaintiff requested "all communications and directives concerning the recordkeeping responsibilities of departing Secret Service employees, including but not limited to whether and how to preserve text messages and emails."

Defendant released its first and final production of responsive records on March 20, 2023, consisting of 176 pages of records, with partial withholdings pursuant to FOIA Exemptions 6 and 7(C). Plaintiff is currently reviewing that production, and the parties will continue to work together to determine whether any disputes remain to be resolved.

In light of the above, the parties propose to submit another joint status report on or before June 5, 2023.

Dated: May 8, 2023

 /s/ Anne L. Weismann
Anne L. Weismann
D.C. Bar #298190
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(301) 717-6610
Weismann.anne@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

 /s/ Cormac A. Early
CORMAC A. EARLY
D.C. Bar #1033935
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-7420
Email: cormac.a.early@usdoj.gov

*Counsel for Defendant*